FILED: August 15, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-319
(16-01964-5-SWH)
(16-00031-5-SWH)
_____

LARRY ALBERT HURLBURT

        Petitioner

v.

JULIET J. BLACK

        Respondent

_____

O R D E R
_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Wynn with the concurrence of Judge Traxler and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk