IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CV-169-FL

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LARRY ALBERT HURLBURT, | ) | |
| | ) | |
| Debtor, | ) | |
| ──────────────────── | ) | |
| | ) | |
| LARRY ALBERT HURLBURT, | ) | |
| | ) | ORDER |
| Plaintiff - Appellant, | ) | |
| v. | ) | |
| | ) | |
| JULIET J. BLACK, | ) | |
| | ) | |
| Defendant - Appellee. | ) | |
| | ) | |

Following remand of this case by the United States Court of Appeals for the Fourth Circuit and status report filed by the parties thereafter, the court REMANDS this case for further proceedings not inconsistent with the Fourth Circuit's opinion in Hurlburt v. Black, 925 F.3d 154 (4th Cir. 2019). The clerk is DIRECTED to close this case.

SO ORDERED, this the 12th of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Court Judge